# Exhibit B



**GEICO DIRECT**

1-800-841-3000

Government Employees Insurance Company
GEICO General Insurance Company
GEICO Indemnity Company
GEICO Casualty Company
Criterion Insurance Company
(Colonial County Mutual Ins.)

FAX SUPPLEMENT TO 305-328-4106

## TOTAL LOSS SETTLEMENT EXPLANATION

**Date** : 10/07/2013

**Accident Date** : 06/09/2013

**Claim Number** : 0448264110101013-01

Dear NATHAN SIGLER:

This is a brief explanation of your claim settlement:

| | | |
|---|---|---|
| Agreed value of vehicle | $ 3151.95 | |
| ✓   Add State Sales Tax | $ IL tax letter | |
| ✓   Misc. Fees & Adjustments | $ IL Tax letter | |
| Less deductible amount (if any) | $ 500.00 | |
| Less net value of salvage you retained | $ n/a | |
| Tow Charges | $ n/a | |
| Storage Charges | $ n/a | |
| Less payment to lienholder | $ n/a | Draft Number |
| Amount to you (Payment enclosed) | $ 2651.95 | Draft Number |
| Additional Payments | $ n/a | Draft Number |

**NOTICE:**

State law requires that owners of Total Loss or Salvage motor vehicles apply for a salvage Certificate within 10 days after a Total Loss Settlement.

○ Does apply      Does not apply

Any state sales tax due the owner through replacement of the vehicle will be considered when notice is given and purchase Invoice Presented.

Does apply      ○ Does not apply

Adjuster  KEVIN JONES                  Telephone No. (217) 840-8952

Customer's Signature _____

**MEMBER NATIONAL INSURANCE CRIME BUREAU**