# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT



Everett McKinley Dirksen United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

## NOTICE OF DOCKETING - Short Form

July 8, 2019

The below captioned appeal has been docketed in the United States Court of Appeals for the Seventh Circuit:

> Appellate Case No: 19-2272
>
> Caption:
> NATHAN SIGLER,
> Plaintiff - Appellant
>
> v.
>
> GEICO CASUALTY CO. and GEICO CORPORATION,
> Defendants - Appellees
>
> District Court No: 1:18-cv-01446-MMM-JEH
> District Judge Michael M. Mihm
> Clerk/Agency Rep Shig Yasunaga
>
> Date NOA filed in District Court: 07/03/2019

If you have any questions regarding this appeal, please call this office.

form name: **c7_Docket_Notice_short_form**(form ID: **188**)